Minute Order Form (rev. 4/99)

06 GJ 960

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOAN H. LEFKOW | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0461 | DATE | OCTOBER 30, 2007 |
| CASE TITLE | US v. TONISHA DENISE WILLIAMS, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING       MAGISTRATE JUDGE ASHMAN

The Grand Jury for the SPECIAL AUGUST 2006-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

BOND PREVIOUSLY ISSUED IN 07 CR 461 TO STAND AS BOND IN THIS INSTANCE AS TO TONISHA WILLIAMS. BOND PREVIOUSLY ISSUED IN 07 CR 559 TO STAND AS BOND IN THIS INSTANCE AS TO DENARD GRAYSON. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, 3142 AS TO ANTHONY THOMAS.

FILED
OCT 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE           (ONLY IF FILED
OR MAGISTRATE JUDGE           UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#