**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division**

UNITED STATES OF AMERICA
                           Plaintiff,

v.   Case No.: 1:07−cr−00461
    Honorable Joan H. Lefkow

Tonisha Denise Williams, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Joan H. Lefkow as to Anthony Thomas: Status hearing set for 1/30/2008 at 09:45 AM. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.