UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 461-3 |
| | ) |
| ANTHONY THOMAS a/k/a | ) Judge Joan H. Lefkow |
| JARON KING | |

**FILED**
JAN 08 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

has been and now is, in due form and process of law, detained in the following institution:

COOK COUNTY JAIL
Chicago, Illinois

Your petitioner further represents to Your Honor that the said prisoner was charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 2113 and 922(g)(1), and is now wanted in such division and district on January 30, 2008 at 9:45 a.m. for arraignment before Judge Lefkow, Courtroom 1925.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | COOK COUNTY JAIL |
| Chicago, Illinois | Chicago, Illinois |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, and that when these proceedings have been so concluded, that JARON KING a/k/a ANTHONY THOMAS be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Daniel E. May*
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
312-353-8694