# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461-3 | **DATE** | 1/8/2008 |
| **CASE TITLE** | USA vs. Anthony Thomas | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Enter Order. The U.S. Marshal and Warden of Cook County Jail shall bring or cause to be brought defendant Anthony Thomas to court on 1/30/2008 at 9:45 a.m. for arraignment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
JAN 10 2008

| | Courtroom Deputy Initials: | MD |
|---|---|---|