UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 461 - 3 |
| | ) | |
| ANTHONY THOMAS | ) | Judge Joan H. Lefkow |
| a/k/a JARON KING | | |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

has been and now is, in due process of law, incarcerated in the following institution:

COOK COUNTY JAIL
Chicago, Illinois

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 2113 and 922(g), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:45 a.m. on January 30, 2008 for arraignment before Judge Lefkow, Courtroom 1925.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | COOK COUNTY JAIL |
| Chicago, Illinois | Chicago, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*(signature)*
JOAN H. LEFKOW
United States District Judge

**JAN 0 8 2008**

DATED at Chicago, Illinois
this 8th day of January, 2008