# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461-3 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Anthony Thomas | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Enter Order. The U.S. Marshal and Warden of Warden of Illinois Department of Correction Stateville Facility, Joliet, Illinois, shall bring or cause to be brought defendant Anthony Thomas to Courtroom 1925 before Judge Joan H. Lefkow on 2/26/2008 at 9:15 a.m. for arraignment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued JAN 31 2008

| | Courtroom Deputy Initials: | MD |
|---|---|---|