Order Form (01/2005)

*MHW*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 3 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Anthony Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant Anthony Thomas was not present in court, not having been brought to court pursuant to the writ of habeas corpus entered on 1/8/2008. Government's oral motion for a new writ of habeas corpus to be entered is granted - draft order to follow. Oral motion of Patrick E. Boyle for leave to file his appearance on behalf of defendant is granted. Arraignment and status hearing continued to 2/26/2008 at 9:15 a.m. Government's oral motion to exclude time is granted without objection. Time is excluded from 1/30/2008 through 2/26/2008 because of unavailability of defendant pursuant to 18.3161(h)(3)(A)(B). X-M

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|