U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
U.S.A.
v.
TONISHA WILLIAMS, et al.

Case Number: 07 CR 461

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTHONY THOMAS

FILED
1-30-2008
JAN 30 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
| --- |
| PATRICK E. BOYLE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Patrick E. Boyle |
| FIRM |
| LAW OFFICES OF PATRICK E. BOYLE |
| STREET ADDRESS |
| 155 N. MICHIGAN AVE. SUITE 562 |
| CITY/STATE/ZIP |
| CHICAGO IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6209812 | 312 565 2888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.