# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                         Case No.: 1:07−cr−00461
                                            Honorable Joan H. Lefkow

Tonisha Denise Williams, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Joan H. Lefkow as to Anthony Thomas: Arraignment and status hearing before Judge Lefkow on 2/25/2008 is stricken. Arraignment will be rescheduled before the magistrate judge.Mailed and telephoned notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.