Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 3 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA v. Anthony Thomas | | |

**DOCKET ENTRY TEXT**

Arraignment on superseding indictment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts of the superseding indictment. Oral motion of the Government to remand the custody of Anthony Thomas from DOC to the custody of the U.S. Marshal is granted.
Rule 16.1(a) conference : 3/4/08; Pretrial motions: 3/18/08; Response: 4/1/08; Reply: 4/8/08; Status hearing is set before Judge Lefkow on 3/5/08 at 9:45 a.m. Enter excludable time from 2/26/08 to and including 3/5/08 pursuant to 18: USC 3161 (h) (1)(F) (X-E).

00:30

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|